THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVENT PRODUCTIONS, INC., a California corporation, <br><br> Defendant. | NO. C20-00550-TSZ <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not yet being served, now, therefore;

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) conference | August 25, 2020 |
| Initial Disclosures Pursuant to FRCP 26(a) | September 8, 2020 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f), and Local Civil Rule 26(f) | September 8, 2020 |

Dated this 23rd day of June, 2020.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Presented for Entry by:

*s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff